IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BOBBIE GENE BENNETT, JR., MD**                                           **PLAINTIFF**

**V.**                       **CIVIL ACTION NO. 1:23CV-67-GHD-DAS**

**JUDGE STEPHEN BAILEY, CHANCERY COURT,**
**LEE COUNTY and STATE OF MISSISSIPPI**                      **DEFENDANTS**

## ORDER STAYING DISCOVERY

The defendant, Judge Stephen Bailey, r has filed a motion to dismiss this action for failure to state a claim, raising immunity as a defense. The court stays all discovery in this action pursuant to Local Rule 16(b)(3)(B), pending resolution of the motion to dismiss.

The parties shall contact the chambers of the undersigned, within seven days of the ruling, to request a case management conference.

**SO ORDERED** this the 30th day of May, 2023.

                                                     **/s/ David A. Sanders**
                                                     **UNITED STATES MAGISTRATE JUDGE**